## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Allen C. Arksey,** | Civil No. 05-2347 (PJS-JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| **Linda McMahon,** | |
| Defendant. | |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. This litigation is **DISMISSED WITH PREJUDICE.**

2. The Magistrate Judge's order of May 14, 2007 is incorporated by reference.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 7th day of August, 2007.

                                             s/Patrick J. Schiltz
                                            PATRICK J. SCHILTZ
                                            United States District Judge